**SUBROGATION RECEIPT**   File Number: **047520028911**

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANY OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE STATED VALUE OF THE CLAIM FOR EACH SUCH VIOLATION.

RECEIVED OF **Federal Insurance Company** the sum of **One Hundred Seventy Nine Thousand One Hundred Nine and 07/100 Dollars ($179,109.07)** in full settlement of all claims and demands of the undersigned for loss and damage occurring on/about the **30th day of November, 2020** to the property described in **Policy No. 7879137.**

In consideration of and to the extent of said payment the undersigned hereby subrogates said Insurance Company, to all of the rights, claims and interest which the undersigned may have against any person or corporation liable for the loss mentioned above, and authorizes the said Insurance Company to sue, compromise or settle in the undersigned's name or otherwise all such claims and to execute and sign releases and acquittances and endorse checks or drafts given in settlement of such claims in the name of the undersigned, with the same force and effect as if the undersigned executed or endorsed them.

Our deductible interest of **$0.00** is also assigned to said company.

Warranted no settlement has been made by the undersigned with any person or corporation against whom a claim may lie, and no release has been given to anyone responsible for the loss and that no such settlement will be made nor release given by the undersigned without written consent of the said Insurance Company and the undersigned covenants and agrees to cooperate fully with said Insurance Company in the prosecution of such claims, and to procure and furnish all papers and documents necessary in such proceedings and to attend court and testify if the Insurance Company deems such to be necessary but it is understood the undersigned is to be saved harmless from costs in such proceedings.

**TOTAL AMOUNT OF CLAIM IS $179,109.07**

_____
**PASCO scientific, Inc.**

_____**Richard Briscoe**_____
(Print Name)

_____**President and CEO**_____
(Title)

_____**May 4, 2021**_____
(Date)

047520028911